**SO ORDERED.**

**SIGNED this 31st day of August, 2018.**



*Dale L. Somers*
Dale L. Somers
United States Chief Bankruptcy Judge



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re: )
 )
Stanley J. Lawrence ) Case No. 15-12373
 )
 )
 Debtor(s) )
 )

**ORDER SUSTAINING TRUSTEE'S MOTION
FOR APPROVAL OF INTENDED COMPROMISE**

The Trustee's Motion for Approval of Intended Compromise comes on for hearing. Linda S. Parks, Trustee, appears in person. There are no other appearances.

WHEREUPON, the Court, after reviewing the file and being duly advised in the premises, FINDS that (i) the trustee's Motion was duly and properly noticed to all parties in interest, (ii) the time for filing objections to the Motion has passed and no objections were filed, (iii) the proposed settlement, as set forth in the trustee's Motion, is in the best interests of the estate, and (iv) the Intended Compromise should be approved.

In the United States Bankruptcy Court
For the District of Kansas
*In re Lawrence,* Case No. 15-12373
Order Sustaining Trustee's Motion for Approval of Intended Compromise
Page 2

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the above-findings be made a part of this Order, and that trustee's Intended Compromise with the Debtor, Wife and Mobile Manor pursuant to the terms of the Settlement Agreement for the Lawsuit and Indemnity Settlement (as defined in the Motion) in the amount of $55,000.00 should be and hereby is approved.

###

SUBMITTED AND APPROVED:

*/s/     Linda S. Parks*_____
Linda S. Parks, Trustee (#11648)
HITE, FANNING & HONEYMAN L.L.P.
100 N. Broadway, Suite 950
Wichita, KS 67202-2209
Telephone:  (316) 265-7741
Facsimile:  (316) 267-7803
  *Attorneys for Trustee*